Opinion filed August 10, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed August 10, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00122-CR 

                                                    __________

 

                          WILLIAM
DEMOAN DICKERSON, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 104th District Court

 

                                                          Taylor
County, Texas

 

                                                 Trial
Court Cause No. 14,209-B

 



 

                                                                   O
P I N I O N

William Demoan Dickerson
has filed in this court a motion to dismiss his appeal.  The motion is signed by both appellant and
his counsel.  The motion is granted.

The appeal is dismissed.

 

August
10, 2006                                                                                   PER
CURIAM

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.